## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Hunt<br>        Wanda Hunt<br>                        Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>                        Movant<br>            vs.<br>James Hunt<br>Wanda Hunt<br>                        Debtors | NO. 15-18055 ELF |
| William C. Miller Esq.<br>                        Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **June 9, 2016, Docket entry #22**.

                                        Respectfully submitted,

                                        **/s/ Joshua I. Goldman, Esquire**
                                        Joshua I. Goldman, Esquire
                                        Attorneys for Movant/Applicant
                                        KML Law Group, P.C.
                                        Main Number: (215) 627-1322

August 23, 2016