# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18055-ELF

    JAMES HUNT
    WANDA HUNT
    334 S. MORRIS AVENUE

    CRUM LYNNE, PA 19022-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES HUNT
    WANDA HUNT
    334 S. MORRIS AVENUE

    CRUM LYNNE, PA 19022-

Counsel for debtor(s), by electronic notice only.

    MARK MATTHEW BILLION
    BILLION LAW
    922 NEW ROAD  STE 2
    WILMINGTON, DE 19805-

Date: 7/17/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee