# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-18055-ELF

JAMES HUNT
WANDA HUNT
334 S. MORRIS AVENUE

CRUM LYNNE, PA 19022-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

JAMES HUNT
WANDA HUNT
334 S. MORRIS AVENUE

CRUM LYNNE, PA 19022-

Counsel for debtor(s), by electronic notice only.

MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD  STE 2
WILMINGTON, DE 19805-

        /S/ William C. Miller

Date: 12/21/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee