United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18055-elf |
| James Hunt | Chapter 13 |
| Wanda Hunt | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Hunt, Wanda Hunt, 334 S. Morris Avenue, Crum Lynne, PA 19022-1132 |
| 13629327 | + | Amex/Beckett & Lee LLC, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13629328 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982236, El Paso, TX 79998 |
| 13780044 | + | Billion Law, 922 New Road, Suite 2, Wilmington, DE 19805-5199 |
| 13705972 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13629330 | + | Cap1/casml, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13629339 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 13629344 | + | Hsbc/bsbuy, Po Box 9, Buffalo, NY 14240-0009 |
| 13646179 | + | JPMorgan Chase Bank N.A., c/o Joshua I. Goldman, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13839220 | + | JPMorgan Chase Bank NA, c/o Thomas Puleo, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14412512 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13629350 | | Wells Fargo Bank, Credit Bureau Disp, Des Moines, IA 50306 |
| 13629352 | + | Xerox Soluti, 800 French, Wilmington, DE 19801-3594 |
| 13629353 | + | Zale/Sterling Jewelers, Attn.: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:35 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13629336 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 17 2021 03:31:00 | Citizens Bank, Attn: Bankruptcy Dept, 443 Jefferson Blvd Ms Rjw-135, Warwick, RI 02886 |
| 13629329 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:17 | Cap1/boscv, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 13629333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 03:53:29 | Citi Flex, Citicorp/Centralized Bankruptcy, Pobox 790040, Saint Louis, MO 63179-0040 |
| 13629334 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:02:43 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13629335 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 03:52:34 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13629337 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 13629338 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | Comenity Bank/Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 13629341 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:01:49 | Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 13629340 | + | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 13629343 | + | Email/Text: bfinnall@hillcrestdavidson.com | Apr 17 2021 03:32:00 | Hillcrest Davidson & A, 850 N Dorothy Dr Ste 512, Richardson, TX 75081-2794 |
| 13629332 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:00:48 | Chase Crad Services, Po Box 15298, Wilmington, DE 19050 |
| 13721375 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 03:51:13 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13629349 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 04:10:06 | Washington Mutual Mortgage/ Chase Home F, Chase Records Center/Correspondence Mail, 700 Kansas Ln Mail Code La4-555, Monroe, LA 71203 |
| 13629345 | + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2021 04:11:01 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 13684886 | | Email/PDF: pa_dc_claims@navient.com | Apr 17 2021 04:01:50 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13635696 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:01:53 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13629346 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:56 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 13629347 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:49 | Synchrony Bank/Mera, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13629348 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 17 2021 03:31:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 13629351 | + | Email/Text: bankruptcydept@wyn.com | Apr 17 2021 03:35:00 | Wyndham Vaca, 10750 W. Charleston Blvd, Las Vegas, NV 89135-1048 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13629331 | | Chase Card |
| 13629342 | | Franklin Mint Fcu Il |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 38 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021               Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| MARK MATTHEW BILLION | on behalf of Joint Debtor Wanda Hunt markbillion@billionlaw.com  mmb21167@fastpacer.us |
| MARK MATTHEW BILLION | on behalf of Debtor James Hunt markbillion@billionlaw.com  mmb21167@fastpacer.us |
| REBECCA ANN SOLARZ | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Hunt and Wanda Hunt

       Debtor(s)                                             Bankruptcy No: 15−18055−elf

                                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                              Timothy B. McGrath
                                                                Clerk of Court

Dated: 4/16/21

                                                                                                         67 − 66
                                                                                 Form 138_new