# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              )
   James Wanda & Wanda Hunt,            )        15-18055-elf
      Chapter 13 Debtor.              )

## SUGGESTION OF DEATH: WANDA HUNT

The death of Ms. Wanda Hunt, co-debtor, is hereby suggested upon the record.

April 26, 2021                                           BILLION LAW

*(signature)*

_____

Mark M. Billion (PA Bar No.315152)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*

805 REV (7/18)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

Certification Number: **P 27071143**

Local Registrar: *N. Alliston*  Date Issued: **9/1/20**

---

## CERTIFICATE OF DEATH
COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

State File Number: **381631-2020**

1. Decedent's Legal Name: **Wanda L. Hunt**
2. Sex: **Female**
3. Social Security Number: [redacted]
4. Date of Death: **August 05, 2020**
5a. Age-Last Birthday (Yrs): **55**
6. Date of Birth: **November 20, 1964**
7a. Birthplace: **Folsom, Pennsylvania**
7b. Birthplace (County): **Delaware**
8a. Residence (State or Foreign Country): **Pennsylvania**
8b. Residence (Street): **334 S Morris Avenue**
8c. Did Decedent Live in a Township? No
8d. Residence (County): **Delaware**
8e. Residence (Zip Code): **19022**
8f. No, decedent lived within limits of: **Crum Lynne**
9. Ever in US Armed Forces? **No**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **James Hunt**
12. Father / Parent's Name: **Theodore Rothwell**
13. Mother / Parent's Name Prior to First Marriage: **Mary E. Frame**
14a. Informant's Name: **James A. Hunt**
14b. Relationship to Decedent: **Spouse**
14c. Informant's Mailing Address: **334 S Morris Avenue Crum Lynne, PA 19022**

15. Did Death Occur in a Hospital: **Emergency Room/Outpatient**
15a. Place of Death: Hospital
15b. Facility Name: **Crozer-Chester Medical Center**
15c. City or Town, State, and Zip Code: **Upland, Pennsylvania 19013**
15d. County of Death: **Delaware**
16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **August 19, 2020**
16c. Place of Disposition: **Ashes To The Wind Crematory**
16d. Location of Disposition: **Chester, Pennsylvania**
17a. Signature of Funeral Service Licensee: *Kyle T Rawls (Electronically Signed)*
17b. License Number: **FD138157**
17c. Name and Complete Address of Funeral Facility: **Earl L Foster Funeral Home, 1100 Kerlin Street Chester, Pennsylvania 19013**

18. Decedent's Education: **High school graduate or GED completed**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **Black or African American**
21. Decedent's Single Race Self-Designation: **Black or African American**
22a. Decedent's Usual Occupation: **Customer Service Representative**
22b. Kind of Business/Industry: **DB Schenker**

23a. Date Pronounced Dead: **August 05, 2020**
23d. Date Signed: 
24. Time of Death: **19:46**
25. Was Medical Examiner or Coroner Contacted? **Yes**

### CAUSE OF DEATH
26. Part I.
a. IMMEDIATE CAUSE: **multiple myeloma** — Onset to Death: **3 years**

27. Was an autopsy performed? **No**
28. Were autopsy findings available to complete the cause of death? 
29. If Female: **Not pregnant within past year**
30. Did Tobacco Use Contribute to Death? **No**
31. Manner of Death: **Natural**

39a. Certifier: **Certifying only** - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
Signature of certifier: *MATTHEW FREDERICK COHEN (Electronically Signed)*  Title: **MD**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **MATTHEW COHEN, 1 Medical Center Blvd Upland, Pennsylvania 19013**
License Number: **MD423464**
39c. Date Signed: **August 18, 2020**
40. Registrar's District Number: **23-234**
41. Registrar's Signature: *Nettie P Alliston (Electronically Signed)*
42. Registrar File Date: **August 19, 2020**

Disposition Permit No. **E255717**

H105-143 REV 11/2017-E