Certificate Number: 05781-PAE-DE-035608259

Bankruptcy Case Number: 15-18055



05781-PAE-DE-035608259

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2021, at 7:59 o'clock AM PDT, James Hunt completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 26, 2021                By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President