**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              )
    James Wanda & Wanda Hunt,           )        15-18055-elf
       Chapter 13 Debtor.                )

**MOTION TO WAIVE THE PERSONAL FINANCIAL MANAGEMENT COURSE**

1.    The death of Ms. Wanda Hunt, co-debtor, was hereby suggested upon the record at DN 71.

2.    Mr. James Hunt completed the requisite DSO affidavit and the Personal Financial Management Course.  (DN 72-3.)

3.    We ask that Ms. Hunt be excused from completing the DSO affidavit and Personal Financial Management Course.

May 10, 2021                                          BILLION LAW

                                                      /s/ Mark Billion
                                                      _____
                                                      Mark M. Billion (PA Bar No.315152)
                                                      1073 S. Governors Ave.
                                                      Dover, DE 19904
                                                      Tel: 302.428.9400
                                                      Fax: 302.450.4040
                                                      markbillion@billionlaw.com

                                                      *For the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    )
    James Wanda & Wanda Hunt,           )          15-18055-elf
        Chapter 13 Debtor.       )


**ORDER: MOTION TO WAIVE THE PERSONAL FINANCIAL MANAGEMENT COURSE**

Ms. Hunt is hereby excused from completing the DSO affidavit and Personal Financial Management Course.

Date: _____                                    _____, J.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    )
    James Wanda & Wanda Hunt,            )        15-18055-elf
    Chapter 13 Debtor.                   )

**COS: MOTION TO WAIVE THE PERSONAL FINANCIAL MANAGEMENT COURSE**

A copy of the captioned document has been served on all parties of record via CM/ECF.

May 10, 2021                                    BILLION LAW

*[signature]*

_____
Mark M. Billion (PA Bar No.315152)
1073 S. Governors Ave.
Dover, DE 19904
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Debtor*