# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
|    James Wanda & Wanda Hunt, | ) | 15-18055-elf |
|       Debtors. | ) | |
| | | Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Motion to Waive the Personal Financial Management Course Requirement for Debtor Wanda Hunt, it is hereby **ORDERED** that the Motion is **GRANTED.** With respect to Debtor Wanda Hunt, the requirements of 11 U.S.C. § 1328(g) and the requirement that she certify that all domestic support obligations have been paid are **WAIVED**.

Date: 5/11/21

_____
      **ERIC L. FRANK**
      **U.S. BANKRUPTCY JUDGE**